### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| JUSTIN RINDOS,<br><br>              Plaintiff,<br><br>              v.<br><br>PARTNERS GROUP (USA), INC.; JANE DOE I-V (these names being fictitious as their present identities are unknown); JOHN DOE I-V (these names being fictitious as their present identities are unknown); XYZ CORPORATION I-V (these names being fictitious as their present identities are unknown),<br><br>              Defendants. | **No. 2:22-cv-05187-WJM-JSA** |

### <u>DECLARATION OF PAUL C. EVANS</u>

I, Paul C. Evans, an attorney admitted to practice law before the courts of the State of New Jersey, affirm the following to be true under penalty of perjury:

1.       I am a Partner at the law firm Baker & McKenzie LLP ("Baker McKenzie"). My firm represents Defendant Partners Group (USA), Inc. ( "Partners Group") in connection with the above-captioned action. I submit this affirmation in support of the Partners Group's Motion to Dismiss Plaintiff Justin Rindos's Complaint.

2.       Attached hereto as Exhibit A is a true and correct copy of Plaintiff's December 19, 2021 Arrest Record.

3.       Attached hereto as Exhibit B is a true and correct copy of Partners Group's May 18, 2022 letter to Plaintiff.

2

4.    Attached hereto as Exhibit C is a true and correct copy of excerpts from Partners Group's March 1, 2022 Employee Handbook.


Dated: New York, New York
      October 31, 2022

_____
Paul C. Evans