# EXHIBIT A

# COMPLAINT - WARRANT

| COMPLAINT NUMBER | | | | |
|---|---|---|---|---|
| 2020 | W | 2021 | 000099 | |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | |

WESTFIELD TOWN MUNICIPAL COURT
425 E BROAD ST
WESTFIELD                    NJ 07090-0000
908-789-4060    COUNTY OF: UNION

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|---|---|---|
| 1 | | 21-32076 |

COMPLAINANT NAME: N BRUNO
425 E. BROAD ST
WESTFIELD         NJ   07090

*THE STATE OF NEW JERSEY*
*VS.*
*JUSTIN M RINDOS*

ADDRESS: [REDACTED]
WESTFIELD         NJ 07090-0000

DEFENDANT INFORMATION
SEX: M   EYE COLOR: BROWN   DOB: 02/15/1984
DRIVER'S LIC.                                    DL STATE: NJ
SOCIAL SECUR[ITY]                                SBI #: 402123H
TELEPHONE #:
LIVESCAN PCN #: 202002003777

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named defendant on or about 12/19/2021 in WESTFIELD TOWN, UNION County, NJ did:

WITHIN THE JURISDICTION OF THIS COURT, DEFENDANT DID COMMIT AGGRAVATED ASSAF BY KNOWINGLY OR UNDER CIRCUMSTANCES MANIFESTING EXTREME INDIFFERENCE TO THE VALUE OF HUMAN LIFE, RECKLESSLY OBSTRUCT THE BREATHING OR BLOOD CIRCULATION OF [REDACTED] A VICTIM OF DOMESTIC VIOLENCE, BY APPLYING PRESSURE ON THE THROAT OR NECK OR BLOCKING THE NOSE OR MOUTH OF [REDACTED] THEREBY CAUSING OR ATTEMPTING TO CAUSE BODILY INJURY. SPECIFICALLY BY THROWING THE VICTIM, WHO IS THE SPOUSE OF THE DEFENDANT, ONTO A BED AND STRANGLING SAID VICTIM BY PLACING BOTH HANDS ONTO HER THROAT IN A MANNER THAT OBSTRUCTED HER BREATHING AND BLOOD CIRCULATION AND THEN REPEATING THIS ACTION A SECOND TIME IMMEDIATELY AFTER THE FIRST ACT OF STRANGULATION. THIS IN VIOLATION OF 2C:12-1B(12) A CRIME OF THE SECOND DEGREE.

in violation of:

| | 1) | 2) | 3) |
|---|---|---|---|
| Original Charge | 2C:12-1B(13) | | |
| Amended Charge | | | |

CERTIFICATION: I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Signed: _____ N BRUNO _____    Date: 12/19/2021

You will be notified of your Central First Appearance/CJP date to be held at the Superior Court in the county of UNION
at the following address: UNION COUNTY JAIL
15 ELIZABETHTOWN PLAZA                         ELIZABETH        NJ 07201-0000
Date of Arrest: 12/19/2021   Appearance Date:      Time:       Phone: 908-787-1650

## PROBABLE CAUSE DETERMINATION AND ISSUANCE OF WARRANT

☐ Probable cause **IS NOT** found for the issuance of this complaint.

_____    _____
Signature of Court Administrator or Deputy Court Administrator    Date    Signature of Judge    Date

☑ Probable cause **IS** found for the issuance of this complaint. ANNE MARGEOTES JUDICIAL OFFICER 12/19/2021
Signature and Title of Judicial Officer Issuing Warrant    Date

TO ANY PEACE OFFICER OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THE COURT TO ANSWER THE COMPLAINT.

Bail Amount Set: _____    by: _____
(if different from judicial officer that issued warrant)

☑ **Domestic Violence – Confidential**      ☐ Related Traffic Tickets or Other Complaints      ☐ Serious Personal Injury/ Death Involved

Special conditions of release:
☐ No phone, mail or other personal contact w/victim
☐ No possession firearms/weapons
☐ Other (specify):

**ORIGINAL**

Page 1 of 7             NJ/CDR2 1/1/2017

# COMPLAINT – WARRANT (Court Action)

**COMPLAINT NUMBER**

| COURT CODE | PREFIX | YEAR | SEQUENCE NO. |
|---|---|---|---|
| 2020 | W | 2021 | 000099 |

**STATE V.** JUSTIN M RINDOS

**FTA Bail Information** Date Bail Set: ___ Amount Bail Set: $_____ by: _____ ☐ Bail Recog. Attached

☐ Released on Bail (√)   ☐ R.O.R.   ☐ Committed Default   ☐ Committed w/o Bail   Place Committed: _____

Date Referred to County Prosecutor: _____

Date of First Appearance: _____   ☐ Advised of Rights by _____

Defendant Desires Counsel: ☐ Yes ☐ No

**Prosecuting Attorney Information**

Name: _____
☐ State ☐ County ☐ Municipal ☐ Other

**Defense Counsel Information**

Name: _____
☐ None ☐ Retained ☐ Public Def ☐ Assigned ☐ Waived ☐ Other

| | 1) | 2) | 3) |
|---|---|---|---|
| Original Charge | 2C:12-1B(13) | | |
| Amended Charge | | | |
| Waiver Indt/Jury | | | |
| Plea/Date of Plea | Plea:   Date: | Plea:   Date: | Plea:   Date: |
| Adjudication (* see code) | Finding Code:   Date: | Finding Code:   Date: | Finding Code:   Date: |
| Jail Term | Jail time credit / Susp. Imp | Jail time credit / Susp. Imp | Jail time credit / Susp. Imp |
| Probation Term | Susp. Imp | Susp. Imp | Susp. Imp |
| Cond. Discharge Term | | | |
| Community Service | | | |
| D/L Suspension Term | | | |
| Fines/Costs | Fines:   Costs: | Fines:   Costs: | Fines:   Costs: |
| VCCB/SNSF | VCCB:   SNSF: | VCCB:   SNSF: | VCCB:   SNSF: |
| DEDR/Lab Fee | DEDR:   LAB: | DEDR:   LAB: | DEDR:   LAB: |
| CD Fee/Drug Ed Fnd | CD:   DAEF: | CD:   DAEF: | CD:   DAEF: |
| DV Surch/Other Fees | DV:   Other: | DV:   Other: | DV:   Other: |
| Restitution Beneficiary: _____ | | | |

**Miscellaneous Information, Adjournments, Companion Complaints, Co-Defendants, Case Notes:**

**Related Traffic Tickets and Complaints:**

\* Finding Codes
1 – Guilty
2 – Not Guilty
3 – Dismissed – Other
4 – Guilty but Merged
5 – Dismissed-Rule
6 – Dismissed Lack of Prosecution
7 – Dismissed – Pros Motion/Vic Req
8 – Conditional Discharge
D – Dismissed- Prosecutor Discretion
M – Dismissed- Mediation
P - Dismissed-Plea Agreement
S – Disposed at Superior
W – Dismissed-False ID

JUDGE'S SIGNATURE _____ DATE _____

**COMPLAINT - WARRANT (Court Action)**
Page 2 of 7    NJ/CDR2 1/1/2017

# COMPLAINT - WARRANT

**COMPLAINT NUMBER**
- COURT CODE: 2020
- PREFIX: W
- YEAR: 2021
- SEQUENCE NO.: 000099

WESTFIELD TOWN MUNICIPAL COURT
425 E BROAD ST
WESTFIELD NJ 07090-0000
908-789-4060
COUNTY OF: UNION

# of CHARGES: 1
CO-DEFTS:
POLICE CASE #: 21-32076

COMPLAINANT NAME: N BRUNO

**THE STATE OF NEW JERSEY**
**VS.**
**JUSTIN M RINDOS**

ADDRESS: [redacted]
WESTFIELD NJ 07090-0000

DEFENDANT INFORMATION
SEX: M    EYE COLOR: BROWN    DOB: 02/15/1984
DRIVER'S LIC.: [redacted]    DL STATE: NJ
SOCIAL SECUR: [redacted]    SBI #: 402123H
TELEPHONE #: [redacted]
LIVESCAN PCN #: 202002003777

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named defendant on or about 12/19/2021 in WESTFIELD TOWN, UNION County, NJ did:

WITHIN THE JURISDICTION OF THIS COURT, DEFENDANT DID COMMIT AGGRAVATED ASSAF BY KNOWINGLY OR UNDER CIRCUMSTANCES MANIFESTING EXTREME INDIFFERENCE TO THE VALUE OF HUMAN LIFE, RECKLESSLY OBSTRUCT THE BREATHING OR BLOOD CIRCULATION OF [redacted] A VICTIM OF DOMESTIC VIOLENCE, BY APPLYING PRESSURE ON THE THROAT OR NECK OR BLOCKING THE NOSE OR MOUTH OF [redacted], THEREBY CAUSING OR ATTEMPTING TO CAUSE BODILY INJURY. SPECIFICALLY BY THROWING THE VICTIM, WHO IS THE SPOUSE OF THE DEFENDANT, ONTO A BED AND STRANGLING SAID VICTIM BY PLACING BOTH HANDS ONTO HER THROAT IN A MANNER THAT OBSTRUCTED HER BREATHING AND BLOOD CIRCULATION AND THEN REPEATING THIS ACTION A SECOND TIME IMMEDIATELY AFTER THE FIRST ACT OF STRANGULATION. THIS IN VIOLATION OF 2C:12-1B(12) A CRIME OF THE SECOND DEGREE.

**in violation of:**

| | 1) | 2) | 3) |
|---|---|---|---|
| Original Charge | 2C:12-1B(13) | | |
| Amended Charge | | | |

CERTIFICATION: I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment
Signed: N BRUNO    Date: 12/19/2021

You will be notified of your Central First Appearance/CJP date to be held at the Superior Court in the county of UNION at the following address: UNION COUNTY JAIL
15 ELIZABETHTOWN PLAZA    ELIZABETH NJ 07201-0000
Date of Arrest: 12/19/2021    Appearance Date:    Time:    Phone: 908-787-1650

## PROBABLE CAUSE DETERMINATION AND ISSUANCE OF WARRANT

☐ Probable cause **IS NOT** found for the issuance of this complaint.

Signature of Court Administrator or Deputy Court Administrator    Date    Signature of Judge    Date

☑ Probable cause **IS** found for the issuance of this complaint. ANNE MARGEOTES JUDICIAL OFFICER 12/19/2021
Signature and Title of Judicial Officer Issuing Warrant    Date

TO ANY PEACE OFFICER OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THE COURT TO ANSWER THE COMPLAINT.

Bail Amount Set: _____ by: _____ (if different from judicial officer that issued warrant)

☑ **Domestic Violence – Confidential**    ☐ Related Traffic Tickets or Other Complaints    ☐ Serious Personal Injury/ Death Involved

**Special conditions of release:**
☐ No phone, mail or other personal contact w/victim
☐ No possession firearms/weapons
☐ Other (specify):

**COMPLAINT - WARRANT (DEFENDANT'S COPY)**

Page 3 of 7    NJ/CDR2 1/1/2017

# COMMITMENT

| COMPLAINT NUMBER | | | |
|---|---|---|---|
| 2020 | W | 2021 | 000099 |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. |

WESTFIELD TOWN MUNICIPAL COURT
425 E BROAD ST
WESTFIELD                NJ   07090-0000
908-789-4060     COUNTY OF: UNION

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|---|---|---|
| 1 | | 21-32076 |

COMPLAINANT NAME: N BRUNO
425 E. BROAD ST
WESTFIELD        NJ   07090

**THE STATE OF NEW JERSEY**
**VS.**
**JUSTIN M RINDOS**

ADDRESS: [REDACTED]
WESTFIELD              NJ   07090-0000

DEFENDANT INFORMATION
SEX: M   EYE COLOR: BROWN   DOB: 02/15/1984
DRIVER'S LIC. [REDACTED]   DL STATE: NJ
SOCIAL SECUR[REDACTED]   SBI #: 402123H
TELEPHONE # [REDACTED]
LIVESCAN PCN #: 202002003777

**To any Law Enforcement Official of New Jersey, You are commanded to transport this defendant to the Warden of this county who is required to keep the defendant in custody until a release or detention decision is made.**

| Offense | Aux Offense | Drug Code | Degree | Offense Description |
|---|---|---|---|---|
| 1. 2C:12-1B(13) | | | 2 | AGG ASSAULT - S |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |

Commitment Reason: Criminal Justice Reform

You will be notified of your Central First Appearance/CJP date to be held at the Superior Court in the county of UNION at the following address: UNION COUNTY JAIL
15 ELIZABETHTOWN PLAZA         ELIZABETH    NJ 07201-0000

Date of Arrest: 12/19/2021                              Phone: 908-787-1650

ANNE MARGEOTES JUDICIAL OFFICER          12/19/2021
Signature and Title of Judicial Officer Issuing Warrant    Date

**COMMITMENT**
Page 4 of 7                NJ/CDR2 1/1/2017

# Affidavit of Probable Cause

| COMPLAINT NUMBER | | | | THE STATE OF NEW JERSEY |
|---|---|---|---|---|
| 2020 | W | 2021 | 000099 | VS. |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | JUSTIN M RINDOS |

WESTFIELD TOWN MUNICIPAL COURT
425 E BROAD ST
WESTFIELD   NJ  07090-0000
908-789-4060   COUNTY OF: UNION

ADDRESS: [redacted]
WESTFIELD   NJ  07090-0000

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|---|---|---|
| 1 | | 21-32076 |

COMPLAINANT NAME: N BRUNO
425 E. BROAD ST
WESTFIELD   NJ  07090

DEFENDANT INFORMATION
SEX: M  EYE COLOR: BROWN  DOB: 02/15/1984
DRIVER'S LIC. #: [redacted]  DL STATE: NJ
SOCIAL SECUR: [redacted]  SBI #: 402123H
TELEPHONE #: [redacted]
LIVESCAN PCN #: 202002003777

Purpose: This Affidavit/Certification is to more fully describe the facts of the alleged offense so that a judge or authorized judicial officer may determine probable cause.

1. Description of relevant facts and circumstances which support probable cause that (1) the offense(s) was committed and (2) the defendant is the one who committed it:

On Sunday December 19, 2021 at approximately 1943 hours, Westfield PD Officers were dispatched to [redacted] in Westfield on the report of an active domestic violence incident involving strangulation to the female victim called in via 911 by the victim. The victim [redacted] stated that her husband attempted to strangle her at which time she ran outside of the residence and he remained inside with their children. Upon our arrival, Officer DiBella remained with [redacted] outside as Officers Natale and Fourre with Sergeant Bruno made entry into the residence. Officers Fourre, DiBella and Natale and Sergeant Bruno immediately observed red marks on [redacted]'s neck consistent with strangulation. [redacted] stated to officers on scene that the Defendant was in the basement from 1300-1800 drinking alcohol and watching football. He then began to argue with [redacted] regarding their daughter [redacted]. Later while [redacted] was in a guest room, The Defendant entered to play with their son. When [redacted] attempted to take their son away The Defendant threw her on the bed, and strangled her with both hands on her throat. After letting her go, he pulled her back by her sweater and proceeded to again strangle her using both hands around her throat. [redacted] provided the following written account of the events that transpired:

"Justin my husband was drinking starting at approx 1PM watching football in basement. Around 6PM a disagreement occurred, I went upstairs with my children to separate, put my 3 y/o to bed, my 5 y/o and I went into spare bedroom to sleep together. Justin came upstairs at 7PM and started playing with [redacted] (5), Threw [redacted] on bed on top of me. I asked him not to throw [redacted] again. He piggybacked [redacted] and knocked him into a wall. He asked me what my problem was when I took [redacted]. When I tried to walk away he threw me on the bed and tried to strangle me with both hands. I got up and he grabbed me by my sweater, threw me back on the bed and tried to strangle me again with both hands I kicked him got away grabbed my phone and called 911 Once he realized I was on the line giving my address he hung back and I got out the front door. He locked me out. Also in between strangulation attempts he pinned me against the wall."

While on scene in addition to the red hand marks on [redacted]'s neck, officers observed an abrasion to her chin.

# Affidavit of Probable Cause

| COMPLAINT NUMBER | | | | THE STATE OF NEW JERSEY VS. |
|---|---|---|---|---|
| 2020 | W | 2021 | 000099 | JUSTIN M RINDOS |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | |

2. I am aware of the facts above because: (Included, but not limited to: your observations, statements of eyewitnesses, defendant's admission, etc.)

-Signs of Injuries observed on the victim by Officers on scene
-Written and Oral Statements made by the Victim

3. If victim was injured, provide the extent of the injury:
red marks on the victims neck and throat, abrasion to the victims chin.

Certification:
I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Signed: N BRUNO LAW ENFORCEMENT OFFICER     Date: 12/19/2021

Affidavit of Probable Cause
Page 6 of 7                                1/1/2017

# Preliminary Law Enforcement Incident Report

| COMPLAINT NUMBER | | | | THE STATE OF NEW JERSEY VS. JUSTIN M RINDOS |
|---|---|---|---|---|
| 2020 | W | 2021 | 000099 | |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | |

WESTFIELD TOWN MUNICIPAL COURT
425 E BROAD ST
WESTFIELD         NJ 07090-0000
908-789-4060  COUNTY OF: UNION

ADDRESS: 621 GREEN BRIAR CT
WESTFIELD         NJ 07090-0000

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|---|---|---|
| 1 | | 21-32076 |

COMPLAINANT NAME: N BRUNO
425 E. BROAD ST
WESTFIELD     NJ 07090

DEFENDANT INFORMATION
SEX: M   EYE COLOR: BROWN   DOB: 02/15/1984
DRIVER'S LIC. #                           DL STATE: NJ
SOCIAL SECUR                              SBI #: 402123H
TELEPHONE #:
LIVESCAN PCN #: 202002003777

Purpose: The Preliminary Law Enforcement Incident Report (PLEIR) is intended to document basic information known to the officer at the time of its preparation. It is recognized that additional relevant information will emerge as an investigation continues. The PLEIR shall be in addition to, not in lieu of, any regular police arrest, incident, or investigation reports. Note that the PLEIR is specific to each defendant charged in an investigation.

- The offense Involved domestic violence.
  - DVCR was checked.

- ODARA was completed and:
  - Victim concern about future assaults
  - Victim and/or Defendant have more than 1 child altogether
  - Two or more indicators of substance abuse
  - Victim faces at least 1 barrier to support

- The defendant attempted to or did strangle the victim during this incident or at any time prior thereto.

- NARRATIVE
  - Refer to 21-32076 for further information

- The charge was based on the observations/statements made by an eyewitness(es).
  - The witness statement(s) were recorded via:
    * Body-Worn Camera
    * Written statement

- The victim was injured and:
  - Victim refused treatment

- Child(ren) were present at the time of the offense and:
  - Other/Explain Child was next to victim

- The defendant appeared to be under the influence of drugs or alcohol at the time of the offense.

- A member of the public provided information to a 9-1-1 call center or dispatcher (or similar).

- The police received relevant information via radio from a 911 dispatcher (or similar).

Certification:
I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Signed: N BRUNO  LAW ENFORCEMENT OFFICER            Date: 12/19/2021

Preliminary Law Enforcement Incident Report
Page 7 of 7                                                                 7/20/2018