# EXHIBIT B



May 18, 2022

Justin Rindos
621 Green Briar Court
Westfield, New Jersey
07090

Dear Justin,

We write to inform you that your employment with Partners Group (USA) Inc. ("PG" or the "Company") is being terminated as of May 26, 2022 due to: (i) your breach of the Partners Group Code of Conduct; (ii) your failure to report your arrest to the Company; and (iii) the serious nature of the conduct that led to your arrest.

As you know, in January 2022, Partners Group (the "Company") first learned through a social media post that you were arrested on December 19, 2021 and charged with aggravated assault/domestic violence under N.J.S. 2C:12-1B(13), a felony in the second degree.[1]  Although you were arrested on December 19, 2021, you failed to report this arrest to the Company within seven days as required by Section 6.2 of the Company handbook.[2]  In fact, it is unclear whether you would have ever disclosed this arrest to the Company had the Company not discovered the arrest on its own and raised the issue with you directly on January 23, 2022.  Your failure to disclose your arrest for a felony offense in violation of Company policy is, in and of itself, grounds for termination.  In addition, through the conduct alleged and your subsequent actions you violated the Partners Group Code of Conduct, which is additional and separate grounds for termination.

Furthermore, the Company also considered the factors required by Article 23-A of the New York State Correction Law, prior to making a determination about your future with the Company.  As described in the criminal complaint, filed against you in the State of New Jersey, you are alleged to have violently thrown the victim, who we understand to you be your wife, onto the bed and strangled her with both hands – at least twice – to obstruct her breathing.  Although the government encourages companies to employ individuals with criminal records, we have considered the specific duties of your job, the seriousness of the conduct that led to your arrest, how recently the arrest occurred, and, ultimately, concluded that the Company is unable to continue your employment.  Indeed, your position at the Company is a leadership role, in which you are expected to be a part of – and maintain – a safe, in-person working environment for your colleagues.  Given the recent and violent nature of the alleged conduct that led to your arrest, your continued employment would conflict with the Company's legitimate interest in protecting the safety and welfare of other employees.  The Company recognizes your efforts to rehabilitate yourself.  However, despite this, we do not believe that you are able to remain with the Company.

For the reasons stated herein, the Company intends to terminate your employment effective May 26, 2022.  If you have any additional information you would like to consider before we finalize that decision, we invite you to provide it to us via email to Nicole Meade in the Human Resources team prior to May 26, 2022.

---

[1] A copy of the criminal complaint is annexed for your reference.

[2] A copy of this provision in the employee handbook is also annexed for your reference.