# EXHIBIT C



PARTNERS GROUP (USA) INC.

# Employee Handbook

Effective from March 1, 2022



EMPLOYEE HANDBOOK

## 1. INTRODUCTION

The information in this employee handbook (the "Handbook") applies to all employees of Partners Group (USA) Inc. ("Company" "Us" "We" "Our").

We ask that you read the Handbook carefully. Please remember, however, that no employee manual can answer every question, and this Handbook is not intended to be comprehensive. Please do not hesitate to ask questions if you find that this Handbook does not cover a subject about which you need information, or if you feel you do not understand anything that you find in this Handbook.

We believe you will find Partners Group an excellent and rewarding place to work. Your success is our success, and we hope this Handbook provides you with the foundational tools for a successful career.

This Handbook is not a contract of employment and is not intended to create any express or implied promises to you or guarantee any fixed terms. The Handbook does not in any way alter the "employment-at-will" relationship that exists between you and the Company. Employment-at-will means that either you or the Company may terminate the employment relationship for any reason at any time, with or without notice.

We reserve the right to revise, supplement, or rescind any policies or portion of the Handbook from time to time, as it is deemed appropriate, in our sole and absolute discretion. The policies and procedures described herein supersede all previous manuals, memoranda, or other announcements applicable to employees and are for employees' information only. To the extent any policies in this Handbook conflict with any global Partners Group policies, the policies in this Handbook control. Please contact Human Resources if you have any questions regarding the policies in this Handbook or the global Partners Group policies.

Nothing in this Handbook shall be deemed to interfere with employees' rights under applicable law, including, without limitation under the National Labor Relations Act (as more fully described in the government poster describing these rights available at NLRB poster), or to preclude employees from complying with a court order or subpoena, or providing information to any federal, state or local government agency in connection with any charge or investigation.

## 2. FUNDAMENTAL PRINCIPLES

### 2.1 EQUAL EMPLOYMENT OPPORTUNITY POLICY STATEMENT

Please refer to the Company's Policy on Global Prevention of Harassment, found on the PRIMERA Wiki Human Resources page. This describes our global commitment to providing equal employment opportunities aligning with the Partners Group Charter.

Specifically, Partners Group is committed in providing equal employment opportunities and complying with federal anti-discrimination laws. We also comply with state and local laws, which prohibit discrimination and harassment against any employees or applicants for employment based on race (including hair texture, hair type or protective hairstyles commonly or historically associated with race (e.g., braids, locs, twists, tight coils or curls, cornrows, bantu knots, afros and

days that you are absent from work in PGP no later than the day you return to work. If you are unable to report to work due to illness, you must always record a sick day in PGP, even if you choose to complete work from home.

If you walk off the job or have three successive days of unexcused absences, you will be considered to have abandoned your job and voluntarily resigned effective as of the start of the third day of successive absence. Absenteeism, tardiness and/or early departures that are unexcused, excessive, or abusive in our judgment, including an unusual pattern of absences (such as frequent absences before or after weekends or holidays) are violations of our policy and grounds for disciplinary action, up to and including dismissal.

## 6.2 ARREST OR CONVICTION

If you are arrested for a misdemeanor or felony while employed by the Company, you must report the arrest to your supervisor or Human Resources within seven days after the arrest. If you are convicted of a misdemeanor or felony (including pleas of guilty or nolo contendere) while employed by the Company, you must report the conviction to your supervisor or Human Resources within seven days after the conviction. Where the arrest relates to matters involving theft, robbery, larceny or other financial crimes, you must report the arrest to Compliance within seven days after the arrest. The Company will run a background check on you at the time you are hired, and periodically afterwards, during your employment with us.

## 6.3 DRUG AND ALCOHOL ABUSE

We are committed to providing a safe, healthy and productive work environment for you and to maintaining a workplace that is free of drugs and alcohol. Substance abuse is incompatible with health, safety, efficiency and success at the Company. Employees who are under the influence of a drug or alcohol on the job compromise the Company's interests, endanger their own health and safety and the health and safety of others, and can cause a number of other work-related problems, including absenteeism and tardiness, substandard job performance, increased workloads for coworkers, behavior that disrupts other employees, delays in the completion of work, inferior quality in products or service and disruption of client relations.

We prohibit the sale, possession, use or transfer of alcoholic beverages or drugs on our premises at any time or while on Company business, except to the extent alcohol consumption is authorized in connection with Company-sponsored functions. Even in those instances, however, employees are expected to limit consumption of alcohol so as not to pose a risk to the safety of themselves or others or to potentially damage the Company's reputation by their actions. We prohibit the unlawful manufacture, distribution, dispensation, possession or use of narcotics, controlled substances or any other illicit drugs by employees on the premises at any time or while on Company business. The legal use of prescribed drugs is permitted only if it does not impair an employee's ability to perform the essential functions of the job effectively and in a safe manner and does not endanger other individuals in the workplace. Employees also are prohibited from reporting to work under the influence of alcohol or illegal drugs.

Employees are required by this policy to notify the Company of any conviction under a criminal drug statute for a violation occurring in the workplace or during any Company-related activity, no later

Paid leave offered under the Company's Child Care Leave will run concurrently with leave taken for the same purpose under the FMLA and/or the NYPFL. In other words, the Company's paid Child Care Leave benefit does not extend the period of leave available under the FMLA or NYPFL.

For questions regarding eligibility for, or coordination of, leave benefits, please contact Human Resources.

### *7.20.8 Anti-Discrimination and Retaliation*

The Company prohibits discrimination and retaliation against employees who exercise or attempt to exercise their rights under the NYPFLL. Employees who have experienced or become aware of conduct in violation of this policy should immediately report such conduct to Human Resources.

## 8. LEAVING US

### 8.1 RESIGNATION

If you decide to leave for any reason, your manager and Human Resources would like the opportunity to discuss the resignation before final action is taken. We often find during this conversation that another alternative may be better. If, however, after full consideration you decide to leave, it is requested that you provide us with at least written two-week advance notice period or a one-month written advance notice period for unique roles, an Assistant Vice President rank or above level officers. Bear in mind that vacation days may not be included in the notice period. We will only compensate you for accrued, unused vacation when you provide the required notice and work throughout the notice period, and are not terminated for gross misconduct or cause; otherwise, accrued, unused vacation will be forfeited unless otherwise required by law. If, as sometimes happens, your manager wishes for you to leave prior to the end of your notice, you may be paid for the remainder of the notice period.

You are responsible for all Company materials, including, but not limited to, all books, computers, software, data, files, or written information issued to you, developed or prepared by you, or in your possession or control ("Company property"). All such Company property must be returned to the Company on or before your last day of work, or at any time requested by the Company.

### 8.2 DISMISSALS

Every employee has the status of "employee-at-will," meaning that no one has a contractual right, express or implied, to remain employed. We may terminate your employment, or you may terminate your employment, without cause, and with or without notice, at any time for any reason.

### 8.3 IMMEDIATE DISMISSALS, MISCONDUCT

Unless otherwise required by law, should your conduct, actions or performance violate or conflict with our policies you may be terminated immediately and without warning.

The following are some examples of grounds for immediate dismissal:

- Breach of trust or dishonesty
- Conviction of a felony
- Willful violation of an established policy or rule
- Falsification of Company records
- Gross negligence
- Insubordination
- Violation of the Anti-Harassment and/or Equal Employment Opportunity Policies
- Timecard or sign-in book violations
- Undue and unauthorized absence from duty during regularly scheduled work hours
- Deliberate non-performance of work
- Larceny or unauthorized possession of, or the use of, property belonging to any co-worker, visitor, or client
- Possession of dangerous weapons on the premises
- Unauthorized possession, use or copying of any records that are Company property
- Unauthorized posting or removal of notices from bulletin boards
- Excessive absenteeism or lateness
- Marring, defacing or other willful destruction of any supplies, equipment, or our property
- Failure to call or directly contact your manager when you will be late or absent from work
- Fighting or serious unprofessional behavior
- Violation of the Alcohol or Drug Policy
- Theft
- Violation of the Company's Conflict of Interest/Outside Employment Policy and/or Confidentiality Policy
- Gambling, conducting games of chance or possession of such devices on the premises or during working time
- Leaving the work premises without authorization during working time.
- Sleeping on duty
- Disregarding or violating any Company policy, practice, or procedure whether or not covered in this Handbook

The list above is intended to be representative of the types of activities that may result in termination or disciplinary action. It is not exhaustive and is not intended to be comprehensive and does not change the employment-at-will relationship between you and the Company.

In the event of dismissal for misconduct, all benefits terminate either on your last day of work or at the end of the month. The Human Resources team will provide clarification. COBRA may not be

available to anyone dismissed for gross misconduct.

## 9. ADDENDUM

### 9.1 New York HERO Act Model Airborne Infectious Disease Exposure Prevention Plan

The purpose of this plan is to protect employees against exposure and disease during an airborne infectious disease outbreak. This plan goes into effect when an airborne infectious disease is designated by the New York State Commissioner of Health as a highly contagious communicable disease that presents a serious risk of harm to the public health. This plan is subject to any additional or greater requirements arising from a declaration of a state of emergency due to an airborne infectious disease, as well as any applicable federal standards.

***Employees should report any questions or concerns with the implementation this plan to a designated supervisory employee of Office Management, New York.***

This plan applies to all "employees" as defined by the New York State HERO Act, which means any person providing labor or services for remuneration for a private entity or business within the state, without regard to an individual's immigration status, and shall include part-time workers, independent contractors, domestic workers, home care and personal care workers, day laborers, farmworkers and other temporary and seasonal workers.

The term also includes individuals working for digital applications or platforms, staffing agencies, contractors or subcontractors on behalf of the employer at any individual work site, as well as any individual delivering goods or transporting people at, to or from the work site on behalf of the employer, regardless of whether delivery or transport is conducted by an individual or entity that would otherwise be deemed an employer under this chapter. The term does not include employees or independent contractors of the state, any political subdivision of the state, a public authority, or any other governmental agency or instrumentality.

As of the date of the publication (August 2021) of this document, while the State continues to deal with COVID-19 and a risk still exists, no designation is in effect at this time. Please check the websites of Departments of Health and Labor for up to date information on whether a designation has been put into effect, as any such designation will be prominently displayed. No employer is required to put a plan into effect absent such a designation by the Commissioner of Health.