IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUSTIN RINDOS,<br><br>        Plaintiff,<br><br>        v.<br><br>PARTNERS GROUP (USA), INC.; JANE DOE I-V (these names being fictitious as their present identities are unknown); JOHN DOE I-V (these names being fictitious as their present identities are unknown); XYZ CORPORATION I-V (these names being fictitious as their present identities are unknown),<br><br>        Defendants. | No. 2:22-cv-05187-WJM-JSA |

**STIPULATION FOR EXTENSION OF TIME
AND PROPOSED ORDER TO FILE ANSWER AND MOTION TO AMEND**

Plaintiff Justin Rindos ("Plaintiff"), along with Defendant Partners Group (USA), Inc. ("Defendant," collectively with Plaintiff, the "Parties"), by and through their respective undersigned counsel, hereby stipulate for an extension of time for Defendant to answer Plaintiff's Family and Medical Leave Act interference claim as currently alleged in the Complaint. In support of this stipulation, the parties state as follows:

    1.    Based on the date of the Opinion and Order ruling on Defendant's Motion to Dismiss (Docket Entries 11 and 12), Defendant's answer to the one remaining claim in this action is presently due April 4, 2023.

    2.    Plaintiff, through counsel, intends to file a motion seeking leave to file an Amended Complaint and will do so by April 25, 2023. The Parties therefore stipulate and agree to postpone

Defendant's obligation to file an answer to Plaintiff's Family and Medical Leave Act interference claim until Plaintiff's forthcoming motion to amend has been decided by the Court.

Dated: April 4, 2023

| | |
|---|---|
| s/Gregory B. Noble | s/Jeffrey A. Sturgeon |
| GREGORY B. NOBLE, ESQ. | PAUL C. EVANS, ESQ. |
| O'CONNOR PARSONS, LANE & NOBLE, LLC | JEFFREY A. STURGEON, ESQ. |
| 959 South Springfield Avenue | BAKER & MCKENZIE LLP |
| 2nd Floor | 452 Fifth Avenue |
| Springfield, NJ 07081 | New York, NY 10018 |
| 908-928-9200 | 212-626-4100 |
| Email: gnoble@lawnj.net | paul.evans@bakermckenzie.com |
| | jeffrey.sturgeon@bakermckenzie.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUSTIN RINDOS,<br><br>         Plaintiff,<br><br>    v.<br><br>PARTNERS GROUP (USA), INC.; JANE DOE I-V (these names being fictitious as their present identities are unknown); JOHN DOE I-V (these names being fictitious as their present identities are unknown); XYZ CORPORATION I-V (these names being fictitious as their present identities are unknown),<br><br>         Defendants. | No. 2:22-cv-05187-WJM-JSA |

## **PROPOSED ORDER**

This Court approves the Parties' Joint Stipulation extending the deadline to respond to Plaintiff's Family and Medical Leave Act interference claim.  Plaintiff shall file a motion seeking leave to file an Amended Complaint by or before April 25, 2023.


Dated: _____                    _____
                                                                        HONORABLE WILLIAM J. MARTINI
                                                                        UNITED STATES DISTRICT JUDGE

3