Scott A. Parsons ♦
Paul A. O'Connor, III ♦*
William R. Lane ♦
Gregory B. Noble ♦
R. Daniel Bausé +
Robert A. Ballard, III '

Meredith Mona +
Jessica Y. Ma*

## O'CONNOR, PARSONS, LANE & NOBLE, LLC
ATTORNEYS AT LAW
959 South Springfield Avenue, 2nd Floor, Springfield, NJ 07081
Tel: 908-928-9200 • Fax: 908-928-9232
Tel: 800-586-5817

Gerald B. O'Connor
(1942 – 2015)

*of Counsel*
William V. Lane
Debra D. Tedesco

+ Admitted in NJ & NY
*Admitted in NJ & PA
♦Certified By The Supreme Court (
New Jersey as a Civil Trial Attorne

May 31, 2023

**Via eCourts**
United States Magistrate Judge Jessica Allen
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Room 4015
Newark, NJ 07101

Re:   Justin Rindos v. Partners Group
      Civil Action No. 2:22-cv-05187

Dear Magistrate Judge Allen:

Please be advised this office represents plaintiff, Justin Rindos, in connection with the above-referenced matter.

Presently returnable before Your Honor is defendant's motion to dismiss Plaintiff's Amended Complaint on June 20, 2023. With the consent of my adversary, we respectfully request that a one-cycle adjournment be granted for plaintiff's opposition to this motion.

The granting of the extension would make plaintiff's opposition due on June 20, 2023 and defendants' reply due on June 26, 2023 and the motion returnable on July 3, 2023.

Respectfully submitted,

ROBERT A. BALLARD, III

RAB:cp