**O'CONNOR, PARSONS, LANE & NOBLE, LLC**
Gregory B. Noble, Esq. (#017601998)
Robert A. Ballard, III, Esq. (#087192014)
959 South Springfield Avenue, 2nd Floor
Springfield, New Jersey 07081
Phone: 908-928-9200
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUSTIN RINDOS,<br><br>       Plaintiff,<br><br>v.<br><br>PARTNERS GROUP (USA), INC.; JANE DOE I-V (these names being fictitious as their present identities are unknown); JOHN DOE I-V (these names being fictitious as their present identities are unknown); XYZ CORPORATION I-V (these names being fictitious as their present identities are unknown)<br><br>       Defendants. | Civil Action No.<br><br>2:22-cv-05187<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Justin Rindos, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from an Order granting defendants' Motion to Dismiss Plaintiff's Complaint entered in this action on the 29th day of August, 2023.

_____
ROBERT A. BALLARD, III, ESQ. (0525)

Dated: September 6, 2023