UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUSTIN RINDOS,<br><br>      Plaintiff,<br><br>v.<br><br>PARTNERS GROUP (USA), INC.; JANE DOE I-V (these names being fictitious as their present identities are unknown); JOHN DOE I-V (these names being fictitious as their present identities are unknown); XYZ CORPORATION I-V (these names being fictitious as their present identities are unknown)<br><br>      Defendants. | Civil Action No. 2:22-cv-05187<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

    Notice is hereby given that Justin Rindos, plaintiff in the above named case, hereby stipulates and agrees that the appeal be and is hereby dismissed, with prejudice, with each party to bear its own costs and fees unless otherwise agreed.

| | |
|---|---|
| O'CONNOR, PARSONS, LANE & NOBLE, LLC | BAKER & McKENZIE, LLP |
| Attorneys for Plaintiff | Attorneys for Defendant |
| By: /s/ Gregory B. Noble | By: /s/ Jeffrey A. Sturgeon |
| GREGORY B. NOBLE, ESQ. | JEFFREY A. STURGEON, ESQ. |
| Dated: March 8, 2024 | Dated: March 8, 2024 |

1