# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 23-2626

Justin Rindos v. Partners Group

(U.S. District Court No.: 2-22-cv-05187)

**ORDER**

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: March 08, 2024
NMB/cc:   Paul C. Evans, Esq.
          Gregory B. Noble, Esq.
          Melissa E. Rhoads, Clerk
          Jeffrey A. Sturgeon, Esq.

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate